IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH MICHAEL CASSELLS,

     Petitioner,                    No. CIV S-08-2625 EFB P

    vs.

MIKE KNOWLES, Warden,

     Respondent.                ORDER

_____/

       Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.

       A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

       Petitioner has neither paid the fee nor submitted a properly completed application for leave to proceed *in forma pauperis*, as he did not respond to questions four though seven of his application.

       Within 30 days from the day this order is served, petitioner may submit either the filing fee or a properly completed application required by section 1915(a). Petitioner's failure to

////

////

1

1  comply with this order will result in a recommendation that this action be dismissed. The Clerk
2  of the Court is directed to mail to petitioner a form application for leave to proceed *in forma*
3  *pauperis*.
4      So ordered.
5  DATED: November 12, 2008.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE